IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDULLAH HANEEF IBN-SADIIKA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ORLANDO HARPER, )<br>)<br>Respondent. ) | Civil Action No. 23-1012 |

## MEMORANDUM ORDER

Abdullah Haneef Ibn-Sadiika has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his judgment of sentence following his conviction for first-degree murder and robbery in the Allegheny County Court of Common Please at Nos. CP-02-CR-0010761-1984 and CP-02-CR-0011275-1984.  The case was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Local Civil Rules 72.C and D.  On June 23, 2022, Judge Lenihan issued a Report and Recommendation, recommending that the Court dismiss the Petition for lack of jurisdiction as an unauthorized second or successive petition, and that a certificate of appealability be denied.  ECF No. 6.  Objections to the Report and Recommendation were due by September 1, 2023.  Petitioner did not file Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of September 2023,

IT IS ORDERED that the Report and Recommendation, ECF No. 6, filed on August 15 26, 2023, by Magistrate Judge Lenihan, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed as an unauthorized second or successive petition.

A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

 s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc: Abdullah Haneef Ibn-Sadiika
AP-8980
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16652